# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY LII,** <br><br> Petitioner, <br><br> v. <br><br> **CIOLLI,** <br><br> Respondent. | **CASE NO. 1:20-cv-00786-AWI-EPG (HC)** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING RESPONDENT'S MOTION TO DISMISS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE** <br><br> (Doc. Nos. 12 & 13) |

Petitioner Henry Lii is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On April 5, 2021, the assigned magistrate judge issued findings and recommendation that recommended Respondent's motion to dismiss be denied. Doc. No. 13. These findings and recommendation were served on the parties and contained notice that any objections were to be filed within thirty days of the date of service of the findings and recommendation. To date, the parties have not filed objections, and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendation are supported by the record and proper analysis, and that there is no need to modify the findings and recommendation.

///

///

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation (Doc. No. 13) that were issued on April 5, 2021, are ADOPTED in full;
2. Respondent's motion to dismiss (Doc. No. 12) is DENIED; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: May 24, 2021

_____
SENIOR DISTRICT JUDGE