# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LII,<br><br>        Petitioner,<br><br>   v.<br><br>CIOLLI,<br><br>        Respondent. | Case No. 1:20-cv-00786-AWI-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF Nos. 16, 17) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2021, the Magistrate Judge issued Findings and Recommendation that recommended granting Respondent's motion to dismiss and dismissing the petition as moot in light of Petitioner's release from custody. (ECF No. 17). The Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the Findings and Recommendation. To date, Petitioner has filed no objections, and the time for doing so has passed.[1]

///

---

[1] On September 21, 2021, the Findings and Recommendation was returned as undeliverable. Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective. Local Rule 182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on August 31, 2021 (ECF No. 17) is ADOPTED IN FULL;
2. Respondent's motion to dismiss (ECF No. 16) is GRANTED;
3. The petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:  September 29, 2021

SENIOR DISTRICT JUDGE